```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08
```

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 5, 2008

By Hand

Honorable Richard M. Berman
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

**RECEIVED**
**FEB 05 2008**
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

    Re:   Lylelyn T. Cameron v. Astrue
         07 Civ. 10980 (RMB)

Dear Judge Berman:

    This Office represents the Commissioner of Social
Security, defendant in the above-referenced action. Due to the
press of business, I have not been able to complete my review of
this case. Therefore, I respectfully request a sixty-day
extension of time from today, February 5, 2008, to April 4, 2008,
to respond to the complaint. *March 7, '08 RMB*

    This is defendant's first request for an extension in
this case. This Office wrote to plaintiff's counsel on January
7, 2008, to request his consent to this request. As of today, we
have not received a response. Today, we attempted to reach
plaintiff's counsel by telephone, but he has not yet returned our
call.

    Thank you for your consideration of this request.

*Absent consent, extension granted to MARCH 7, 2008*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

SO ORDERED: Gogel..., Esq. (By Fax)
Date: 2/5/08    Richard M. Berman
Richard M. Berman, U.S.D.J.