

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

86 Chambers Street
New York, New York 10007

March 27, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

    Re:   Lylelyn T. Cameron v. Astrue
           07 Civ. 10980 (RMB) (THK)

Dear Judge Katz:

       This Office represents the Commissioner of Social Security, defendant in the above-referenced action. I am writing respectfully to request, <u>nunc pro tunc</u>, an extension of time from March 7, 2008, until today March 27, 2008 to answer the complaint. Due to an oversight on my part, I did not realize that the government's answer was due on March 7, 2008. I did not realize my error until I spoke with opposing counsel yesterday regarding this case. I apologize to the Court for missing this deadline.

       Additionally, I request until April 28, 2008 to move for judgment on the pleadings. Should the Court grant this request, plaintiff's opposition and/or cross motion would be due on May 28, 2008, defendant's opposition and reply would be due on June 11, 2008, and plaintiff's reply would be due on June 25, 2008.

       This is defendant's second request for an extension in this case. Although I attempted to reach opposing counsel by telephone regarding these requests, I have not have a chance to confer with him.

*So ordered.*

3/31/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 3/31/08

Thank you for your consideration of this request.

    Respectfully,

    MICHAEL J. GARCIA
    United States Attorney

By: _/s/ Leslie A. Ramirez-Fisher_
    LESLIE A. RAMIREZ-FISHER
    Assistant U.S. Attorney
    Telephone: (212) 637-0378
    Fax: (212) 637-2750

cc: Gary Gogerty, Esq. (By Fax)