

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

**MO ENDORSED**

April 25, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

  Re:  Lylelyn T. Cameron v. Astrue
    07 Civ. 10980 (RMB) (THK)

Dear Judge Katz:

  This Office represents the Commissioner of Social Security, defendant in the above-referenced action. I am writing respectfully to request an extension of time from April 28, 2008, until May 5, 2008, to file the government's motion for judgment on the pleadings. Due to the press of work, I will be unable to complete the government's motion by April 28, 2008.

  Should the Court grant this request, plaintiff's opposition and/or cross motion would be due on June 4, 2008, defendant's opposition and reply would be due on June 18, 2008, and plaintiff's reply would be due on July 2, 2008.

  This is defendant's first request for an extension on the briefing schedule. Although I attempted to reach opposing counsel by telephone regarding this request, I have not have a chance to confer with him.

*The schedule is so amended.*

4/29/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 4/29/08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Gary Gogerty, Esq. (By Fax)