**U.S. Department of Justice**

**MEMO ENDORSED**

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, New York 10007*

May 5, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

    Re:  Lylelyn T. Cameron v. Astrue
           07 Civ. 10980 (RMB) (THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of the government's motion for judgment on the pleadings, I encountered an issue that requires that I seek additional information from the Agency. Because the Agency's response will impact the government's briefing of the case, I will be unable to file the government's file brief today, the current due date.

    Therefore, I respectfully request a thirty day extension of time from May 5, 2008, until June 4, 2008, to file the government's motion for judgment on the pleadings.

    Should the Court grant this request, plaintiff's opposition and/or cross motion would be due on July 7, 2008 (the first business day after July 4, 2008). Defendant's opposition and reply would be due on July 21, 2008.

    This is defendant's second request for an extension on the briefing schedule. Although I spoke to opposing counsel about this request, he had not yet had a chance to speak with his client about this request.

*The schedule is so ordered.*

**SO ORDERED**

5/6/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 5/6/08

[Stamps: RECEIVED MAY -6 2008, CHAMBERS OF THEODORE H. KATZ US MAGISTRATE JUDGE; USDC SDNY DOCUMENT ELECTRONICALLY FILED, DOC #:___, DATE FILED: 5/6/08]

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Gary Gogerty, Esq. (By Fax)