

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

June 3, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

Re: Lylelyn T. Cameron v. Astrue
    07 Civ. 10980 (RMB) (THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of the government's motion for judgment on the pleadings, I encountered an issue that required that I seek additional information from the Agency. The Agency has informed me that review of the matter is still pending. Because the Agency's response will impact the government's briefing of the case, I will be unable to file the government's brief by tomorrow, June 4, 2008, the current due date. Therefore, I respectfully request a two week extension from June 4, 2008, until June 18, 2008, to file the government's brief.

    Should the Court grant this request, plaintiff's opposition and/or cross motion would be due on July 18, 2008. Defendant's opposition and reply would be due on August 1, 2008.

    Two prior extensions have been granted to the government as the government's brief was originally due on April 28, 2008. I left a telephone message with opposing counsel about this request, but he has not yet returned my call.

*[Handwritten endorsement: The Government's brief shall be filed by June 18, 2008. Plaintiff's opposition shall be filed by July 18, 2008. Any reply shall be filed by August 1, 2008. So ordered, 6/4/08 Theodore H. Katz USMJ]*

COPIES MAILED TO COUNSEL OF RECORD ON 6/4/08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Gary Gogerty, Esq. (By Fax)