ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
            :
LYLELYN T. CAMERON,    :
            :
         Plaintiff,    :
            :
    - v. -    :
            :      STIPULATION AND ORDER
MICAHEL J. ASTRUE,    :      07 Civ. 10980 (RMB)
Commissioner of    :
Social Security,    :
            :
         Defendant.    :
            :
- - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       June 12, 2008

>                       DRAKE, LOEB, HELLER, KENNEDY,
>                       GOGERTY, GABA & RODD, PLLC
>                       Attorneys for Plaintiff
>
>                    By: _____
>                       GARY J. GOGERTY, ESQ.
>                       555 Hudson Valley Avenue
>                          Suite 100
>                       New Windsor, New York  12553
>                       Telephone No.: (845) 561-0550
>
>                       MICHAEL J. GARCIA
>                       United States Attorney
>                       Southern District of New York
>                       Attorney for Defendant
>
>                    By: _____
>                       LESLIE A. RAMIREZ-FISHER
>                       Assistant United States Attorney
>                       86 Chambers Street - 3rd Floor
>                       New York, New York  10007
>                       Telephone No.: (212) 637-0378
>                       Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
6/23/08