# DRAKE LOEB HELLER KENNEDY GOGERTY GABA & RODD PLLC
ATTORNEYS AT LAW

*MEMO ENDORSED*

555 Hudson Valley Avenue, Ste. 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake
Glen L. Heller
Marianna R. Kennedy
Gary J. Gogerty
Stephen L. Gaba
Adam L. Rodd
Dominic Cordisco

Lawrence M. Klein
Senior Bankruptcy Counsel

Jeanne N. Jula
Timothy P. McElduff, Jr.
Jennifer E. Wright
Stuart L. Kossar

*LL.M. in Taxation

July 3, 2008

RECEIVED
JUL 07 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Hon. Richard M. Berman
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re:  Lylelyn T. Cameron v. Michael Astrue, Commissioner of Social Security
     Case No.: 07 Civ. 10980 (RMB)
     Our File No.: 10904-54169

Dear Judge Berman:

Enclosed herewith please find a courtesy copy of Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act and supporting documentation with regard to the above-referenced action. The original documents have been forwarded to the Clerk of the District Court for filing.

Thank you for your courtesy and consideration in this matter. Should you require anything further, please do not hesitate to contact me.

Respectfully submitted,

GARY J. GOGERTY

Enc.
GJG/mjt/58996

Cc:  Leslie A. Ramirez-Fisher, Assistant U.S. Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2008

Govt to respond by 7/25/08. Parties to work on settlement.

SO ORDERED:
Date: 7/7/08
Richard M. Berman, U.S.D.J.

Writer's Direct
Phone: 845-458-7380
Fax: 845-458-7381
ggogerty@drakeloeb.com