USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

U.S. Department of Justice

United States Attorney
Southern District of New York

# MEMO ENDORSED

86 Chambers Street
New York, New York 10007

July 18, 2008

By Hand

Honorable Richard M. Berman
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

   Re:   Lylelyn T. Cameron v. Astrue
         07 Civ. 10980 (RMB)

Dear Judge Berman:

   This Office represents the Commissioner of Social Security, defendant in the above-referenced action. The parties have agreed to settle plaintiff's petition for attorney's fees under the Equal Access to Justice Act ("EAJA"). However, this Office has not yet received the signed stipulation from plaintiff. Therefore, with consent of plaintiff, I respectfully request a one week extension from July 21, 2008, until July 28, 2008 to submit the signed stipulation.

   This is defendant's first request for an extension on plaintiff's EAJA petition.

   Thank you for your consideration of this request.

                           Respectfully,

                           MICHAEL J. GARCIA
                           United States Attorney

                     By:   _____
                           LESLIE A. RAMIREZ-FISHER
                           Assistant U.S. Attorney
                           Telephone: (212) 637-0378
                           Fax: (212) 637-2750

Application granted.

SO ORDERED:
Date: 7/21/08
Richard M. Berman, U.S.D.J.