ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
LYLELYN T. CAMERON,             :
                                :
            Plaintiff,          :   STIPULATION AND ORDER
                                :
                                :   07 Civ. 10980 (RMB)
    - v. -                      :
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
- - - - - - - - - - - - - - - -x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay to plaintiff's counsel, the sum of two thousand and seven hundred and sixty-three dollars and twenty-four cents ($2,763.24) in attorney's fees, pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412, in full satisfaction of any and all claims for attorney's fees and costs in connection with this action.

Dated: New York, New York
       July 11, 2008

                                DRAKE, LOEB, HELLER, KENNEDY
                                  GOGERTY, GABA & RODD PLLC
                                Attorneys for Plaintiff

By: _____
    GARY J. GOGERTY, ESQ.
    555 Hudson Valley Avenue
    Suite 100
    New York, New York  12553
    Telephone No.: (845) 561-0550

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: **DISMISSED**

_____
UNITED STATES DISTRICT JUDGE
7/23/08